IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-00597-KDB-DCK

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss (Doc. No. 11), which asks the Court to dismiss this action based on Plaintiff's failure to exhaust administrative remedies before seeking judicial review under the Federal Tort Claims Act. *See* 28 U.S.C. § 2675(a) ("An action shall not be instituted upon a claim against the United States . . . unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing[.]"). Plaintiff failed to timely respond to this motion on October 15, 2025. On November 24, 2025, the Court entered a Text Order directing Plaintiff to respond to the motion within ten days. No response has been filed. Accordingly, in the absence of a response and for good cause shown on the merits, the Court will **GRANT** the motion and dismiss this action.

1

**NOW THEREFORE IT IS ORDERED THAT:**

1. Defendant's Motion to Dismiss (Doc. No. 11) is **GRANTED**; and

2. The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 17, 2025

Kenneth D. Bell
United States District Judge